# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| IRISH BANK RESOLUTION CORPORATION LIMITED (IN SPECIAL LIQUIDATION), | Case No. 13-12159(CSS) |
| Debtor. | |
| PADDY McKILLEN, ANTHONY LEONARD, and CLARENDON PROPERTIES LIMITED, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 18-50639 (CSS) |
| KIERAN WALLACE and EAMONN RICHARDSON, foreign representatives, | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME TO SERVE ADVERSARY COMPLAINT

WHEREAS, on July 13, 2018, the Plaintiffs filed the *Motion of Paddy McKillen, Anthony Leonard and Clarendon Properties Limited for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply or (II) Granting Relief from the Automatic Stay in Order to File an Adversary Complaint* (Case No. 13-12159, ECF 633] ("Lift Stay Motion");

WHEREAS, on that same day, Plaintiffs filed their complaint (the "Adversary Complaint") commencing an adversary proceeding, which is the subject of the Lift Stay Motion.

WHEREAS, the time to serve the Adversary Complaint expires on October 11, 2018;

WHEREAS, pursuant to Fed. R. Bankr. P. 7004, the Plaintiffs may for good cause request an extension of time to serve the Adversary Complaint; and

WHEREAS, the parties to this matter, needing additional time for the Court to respond to the Lift Stay Motion have agreed to extend the time for Plaintiffs to complete service of the summons and Adversary Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED to extend the time for Plaintiffs to serve the Adversary Complaint for 90 days following this Court's ruling on the Lift Stay Motion.

SO STIPULATED.

| | |
|---|---|
| Dated: October 5, 2018<br>Wilmington, Delaware | Dated: October 5, 2018<br>Wilmington, Delaware |
| **GIBBONS P.C.** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By: /s/ *Natasha M. Songonuga*<br>Natasha M. Songonuga, Esq. (Bar No. 5391)<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Telephone: (302) 518-6300<br>Facsimile: (302) 429-6294<br>E-mail: nsongonuga@gibbonslaw.com | By: /s/ Van C. Durrer, II<br>Van C. Durrer, II (I.D. No. 3827)<br>Annie Li (*admitted pro hac vice*)<br>300 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br>Email: van.durrer@skadden.com<br>　　　　annie.li@skadden.com |
| -and- | *Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited* |
| Jennifer A. Hradil (admitted *pro hac vice*)<br>David N. Crapo (admitted *pro hac vice*)<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: jhradil@gibbonslaw.com<br>　　　　dcrapo@gibbonslaw.com | |
| -and- | |
| Anthony P. Callaghan (admitted *pro hac vice*)<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119-3701<br>Telephone: (212) 613-2000<br>Facsimile: (212) 290-2018 | |

E-mail: acallaghan@gibbonslaw.com

*Counsel for Movants, Paddy McKillen,*
*Anthony Leonard and Clarendon Properties*
*Limited*

**IT IS SO ORDERED.**

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF JUDGE UNITED STATES BANKRUPTCY COURT

**DATE:**_____**, 2018**